FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent, *v.* HELLENIC BANK TRUST COMPANY, Appellant.

Supreme Court, Appellate Term, First Department, November 23, 1943.

See headnote, 181 Misc. 40.

*Aristotle Souval* and *Samuel Kaufman* for appellant.

*Robert H. Spelman* for respondent.

Judgment affirmed, with costs.

HAMMER, SCHMUCK and HECHT, JJ., concur.